[No. 6090.]

## COOK v. THE PEOPLE.

**Former Opinion Followed.**

The judgment in this case is reversed in accordance with the opinion in Williams v. People, ante, p. 497.

*Error to the County Court of the City and County of Denver.*

*Hon. Ben B. Lindsey, Judge.*

Special proceeding by The People, on the relation of William H. Wadley, to contest the validity of a franchise election. J. Cook, Jr., was subpœnaed to testify as a witness, but refused to be sworn, upon the ground, among others, that the court had not jurisdiction of the proceeding. From a judgment of the court fining him as for contempt, and ordering his imprisonment until his fine was paid, he brings error.

Decision *en banc.*                    *Reversed.*

Mr. THOMAS WARD, Jr., and Mr. C. W. WATERMAN, for plaintiff in error.

Mr. JOHN A. RUSH, for defendant in error.

*Per Curiam.*—The questions of fact and law involved in this case are the same as those presented and decided in the case of *Williams v. The People, ante,* page 497. The decision therein necessarily is controlling here, and, as the parties have stipulated that the same order may be entered here as there, it follows that the judgment below should be reversed, and it is so ordered.                    *Reversed.*

Decision *en banc,* all the justices concurring.